FILED: September 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1890 (L)
(8:20-cv-03060-DLB)

_____

SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; FRIENDS OF THE EARTH; TURTLE ISLAND RESTORATION NETWORK

   Plaintiffs - Appellees

v.

AMERICAN PETROLEUM INSTITUTE; ENERGEO ALLIANCE; NATIONAL OCEAN INDUSTRIES ASSOCIATION

   Intervenors/Defendants - Appellants

and

NATIONAL MARINE FISHERIES SERVICE; CHRIS OLIVER, in his official capacity as Assistant Administrator for National Oceanic and Atmospheric Administration

   Defendants

CHEVRON U.S.A. INC.

   Intervenor/Defendant

_____

No. 24-1892
(8:20-cv-03060-DLB)

_____

SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; FRIENDS OF THE EARTH; TURTLE ISLAND RESTORATION NETWORK

    Plaintiffs - Appellees

v.

CHEVRON U.S.A. INC.

    Intervenor/Defendant - Appellant

and

NATIONAL MARINE FISHERIES SERVICE; CHRIS OLIVER, in his official capacity as Assistant Administrator for National Oceanic and Atmospheric Administration

    Defendants

AMERICAN PETROLEUM INSTITUTE; ENERGEO ALLIANCE; NATIONAL OCEAN INDUSTRIES ASSOCIATION

    Intervenors/Defendants

------

O R D E R

------

The court consolidates Case No. 24-1890 (L) and Case No. 24-1892. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk