# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

SIERRA CLUB, *et al.*,

    Plaintiffs-Appellees,

v.

NATIONAL MARINE FISHERIES SERVICE, *et al.*,

    Defendants,

and

AMERICAN PETROLEUM INSTITUTE, *et al.*,

    Intervenors-Defendants-Appellants.

Nos. 24-01890, 24-01892

## NOTICE OF BIOLOGICAL OPINION

Pursuant to the Court's order at Dkt. 25, Intervenors-Defendants-Appellants hereby provide notice that the National Marine Fisheries Service issued a replacement Biological Opinion on May 20, 2025.  NMFS, *Biological and Conference Opinion on Bureau of Ocean Energy Management and Bureau of Safety and Environmental Enforcement's Oil and Gas Program Activities in the Gulf of America* (May 20, 2025), https://perma.cc/AHC8-YWMU. Pursuant to that same order, Intervenors-Defendants-Appellants will file a motion to govern further proceedings on or before June 6, 2025, to outline appropriate next steps for this appeal.

1

Respectfully submitted,

*/s/ Jason T. Morgan*  
RYAN P. STEEN  
JASON T. MORGAN  
TIFFANY WANG  
STOEL RIVES LLP  
600 University Street, Suite 3600  
Seattle, WA 98101  
(206) 624-0900  

*Counsel for American Petroleum Institute, EnerGeo Alliance, and National Ocean Industries Association*

May 22, 2025

*/s/ Sean Marotta*  
CATHERINE E. STETSON  
SEAN MAROTTA  
DANA A. RAPHAEL  
HOGAN LOVELLS US LLP  
555 Thirteenth Street N.W.  
Washington, D.C. 20004  
(202) 637-4881  
sean.marotta@hoganlovells.com  

*Counsel for Chevron U.S.A. Inc.*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because this document contains <u>91</u> words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman.

/s/ <i>Jason T. Morgan</i>
Jason T. Morgan

## CERTIFICATE OF SERVICE

I certify that on May 22, 2025, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

*/s/ Jason T. Morgan*
Jason T. Morgan

128992359.2 0078439-00057