IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br>    Plaintiffs-Appellees,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br>    Defendants,<br><br>and<br><br>AMERICAN PETROLEUM INSTITUTE, *et al.*,<br>    Intervenors-Defendants-Appellants. | Nos. 24-01890, 24-01892 |

**MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Appellants hereby move the Court for an order dismissing the above-captioned appeal with each party to bear its own costs. Following the issuance of a replacement biological opinion on May 20, 2025, by the National Marine Fisheries Service, Appellants' appeal has now been rendered moot. *See* Dkt. 26 (Notice of Biological Opinion). Accordingly, Appellants, with the consent of Appellees, respectfully request that this Court grant the voluntary dismissal of this appeal, with each party to bear its own costs.  No court fees are due.

1

Respectfully submitted,

*/s/ Jason T. Morgan*  
RYAN P. STEEN  
JASON T. MORGAN  
TIFFANY WANG  
STOEL RIVES LLP  
600 University Street, Suite 3600  
Seattle, WA 98101  
(206) 624-0900

*Counsel for American Petroleum Institute, EnerGeo Alliance, and National Ocean Industries Association*

June 6, 2025

*/s/ Sean Marotta*  
SEAN MAROTTA  
DANA A. RAPHAEL  
HOGAN LOVELLS US LLP  
555 Thirteenth Street N.W.  
Washington, D.C. 20004  
(202) 637-4881  
sean.marotta@hoganlovells.com

*Counsel for Chevron U.S.A. Inc.*

**CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because this document contains <u>99</u> words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman.

/s/ *Jason T. Morgan*
Jason T. Morgan

## CERTIFICATE OF SERVICE

I certify that on June 6, 2025, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

*/s/ Jason T. Morgan*
Jason T. Morgan

129115311.3 0078439-00057